FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC 23 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| REALNETWORKS, INC., | |
|                Plaintiff, | CASE NO. C99-2070P |
|    v. | ORDER |
| STREAMBOX, INC., | |
|                Defendant. | |

     This matter comes before the Court on the Application of Plaintiff RealNetworks, Inc. (RealNetworks) for a Temporary Restraining Order and Order to Show Cause. Defendant was served with notice of the Application. A hearing was held on Thursday, December 23, 1999 at 11:00 a.m. before the Honorable John C. Coughenour. Having considered the materials submitted by the parties in connection with the application and oral argument at the hearing, the Court finds as follows:

1.     RealNetworks is likely to prevail on its claims for violation of the Digital Millenium Copyright Act and copyright infringement;

2.     RealNetworks is entitled to a presumption that Streambox, Inc.'s (Streambox) products are causing irreparable harm, and RealNetworks has shown that it is suffering actual irreparable harm from the distribution of Streambox's products.

3.     The balance of hardships supports the immediate issuance of an injunction.

ORDER – 1

1    IT IS HEREBY ORDERED that Streambox and its officers, agents, servants, employees and

2  attorneys, and those persons in active concert and participation with Streambox who receive actual

3  notice of this Temporary Restraining Order, are restrained and enjoined from:

4    a.    continuing to market, offer, sell, dispose of, license, lease, transfer, reproduce, develop or

5        manufacture any version of the Streambox Ripper or Streambox VCR computer programs

6        and any other works that circumvent or attempt to circumvent RealNetworks'

7        technological security measures, and from participating or assisting in any such activity;

8    b.    continuing to market, offer, sell, dispose of, license, lease, transfer, reproduce, develop or

9        manufacture any version of the Streambox Ferret program and any other works that use

10        RealNetworks' RealPlayer program, source code or object code (in whatever form), and

11        from participating or assisting in any such activity.

12    IT IS FURTHER ORDERED that this Order is conditioned upon plaintiff posting security with

13  the Clerk in the amount of 1,000,000 for the payment of such costs and damages as may be incurred

14  by defendant if it is found that defendant was wrongfully restrained by this Order.

15    IT IS FURTHER ORDERED that Streambox shall appear before the Honorable Marsha J.

16  Pechman on January 2, 2000 at 9:00 a. to show cause why the injunctions and restrains sought in

17  the Application should not be entered in the form of a preliminary injunction for the remainder of this

18  action, together with such other injunctive relief which the Court may deem appropriate. Defendant's

19  papers opposing the preliminary injunction must be filed and served on RealNetworks no later than

20  Jan 4, 2000. RealNetworks' reply papers must be filed and served on defendant no later than

21  Jan 6, 2000.

22    This Order shall expire on January 7, 2000 at 5:00 p.m. unless prior to that date the Order

23  is vacated or extended by this Court or unless defendant consents that it may be extended for a longer

24  period.

25

26  ORDER – 2

1    SO ORDERED this ~3~ day of December, 1999.    a 7  11:20 a.m.

2

3

4

        CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    ORDER – 3