HONORABLE MARSHA PECHMAN

FILED ENTERED
LODGED RECEIVED

DEC 23 1999 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REALNETWORKS, INC.,

    Plaintiff,

v.

STREAMBOX, INC.,

    Defendant.

No. C99-2070P

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (JAMES A. DiBOISE)

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, James A. DiBoise hereby applies for permission to appear and participate as counsel in the above-entitled action on behalf of the plaintiff RealNetworks, Inc. This application is based upon the following:

The particular need for my appearance and participation is that my firm regularly represents RealNetworks with respect to the software and copyright issues involved in this case. As a consequence, RealNetworks believes that it is very important that we be involved in this proceeding.

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE –
Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT HELGREN
& VANCE, P.L.L.C.
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1  I, James A. DiBoise, understand that I am charged with knowing and complying with all
2  applicable local rules.

3  I have not been disbarred or formally censured by a court of record or by a state bar
4  association; and there are no pending disciplinary proceedings against me.

5  I declare under penalty of perjury that the foregoing is true and correct.

6  DATED this __23d__ day of December, 1999.

7                                    WILSON SONSINI GOODRICH & ROSATI

8
9                                    By: _____
                                          James A. DiBoise
10

11  I have enclosed the required filing fee of $50.00.

12  APPLICANT'S NAME: James A. DiBoise

13  APPLICANT'S FIRM: Wilson Sonsini Goodrich & Rosati

14  APPLICANT'S ADDRESS: 650 Page Mill Road, Palo Alto, CA 94304-1050 (phone: 650-493-9300)

15  Receipt number (to be completed by the Court): __264266__

---

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE --
Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT HELGREN
& VANCE, P.L.L.C.
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1

## STATEMENT OF LOCAL COUNSEL

2   I am authorized, and will be prepared, to handle this matter, including trial, in the event the

3   applicant, James A. DiBoise, is unable to be present upon any date assigned by the Court.

4   DATED this 23rd day of December, 1999.

5

6                   McNAUL EBEL NAWROT HELGREN
                    & VANCE

7
                    By: /s/ Robert D. Stewart
8                   Robert D. Stewart, WSBA No. 8998

9   LAW FIRM: McNaul Ebel Nawrot Helgren & Vance

10  LOCAL COUNSEL'S ADDRESS: 600 University Street, #2700, Seattle, WA 98101,
11  (phone: 206-467-1816)

12                               ORDER

13      IT IS ORDERED that the application of James A. DiBoise to appear and participate

14  in this action is hereby approved.

    DATED this 27th day of December, 1999.
15

16                  BRUCE RIFKIN, CLERK
                    United States District Court
17
                    By: /s/ Vicky Kallberg
18                  Deputy Clerk

19

20

21

22

23

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE –
Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT HELGREN
& VANCE, P.L.L.C.
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816