HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REALNETWORKS, INC.,

    Plaintiff,

v.

STREAMBOX, INC.,

    Defendant.

No. C99-2070P

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Clerk's Action Required

## STIPULATION

The parties hereby stipulate that all claims made in this action have been settled and that this case should be dismissed with prejudice and without fees or costs to any party.

DATED this 14th day of September, 2000.

WILSON SONSINI GOODRICH and ROSATI

By: _David H. Kramer_
David H. Kramer

and

CHRISTENSEN O'CONNOR JOHNSON & KINDNESS

By: _Robert J. Carlson_
Robert J. Carlson
Attorneys for Streambox, Inc.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT HELGREN
& VANCE, P.L.L.C.
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1  McNAUL EBEL NAWROT HELGREN
2  & VANCE PLLC

3  By: /s/ Robert D. Stewart
4  Robert D. Stewart WSBA No. 8998
5  Attorneys for Plaintiff
   RealNetworks, Inc.

6
7                              ORDER

8       As set forth in the preceding stipulation, the parties have settled all of the claims raised in this
9  action.

10      Therefore, it is hereby ORDERED that all claims made in this action are DISMISSED with
11 prejudice and without fees or costs to any party.

12      DONE IN OPEN COURT this __15__ day of __Sept.__, 2000.

13                                          /s/ Marsha J. Pechman
14                                          HON. MARCIA J. PECHMAN
                                            Marsha
15 Presented by:

16 McNAUL EBEL NAWROT HELGREN
17 & VANCE PLLC

18 By: /s/ Robert D. Stewart
19 Robert D. Stewart WSBA No. 8998
   Attorneys for Plaintiff
20 RealNetworks, Inc.

21 Approved as to Form,
   Notice of Presentation Waived:
22
23 CHRISTENSEN O'CONNOR JOHNSON & KINDNESS

24 By: /s/ Robert J. Carlson
   Robert J. Carlson, WSBA No. 18455
25 Attorneys for Defendants Streambox, Inc.
26

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT HELGREN
& VANCE, P.L.L.C.
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

mi112905 9/13/00